IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANGEL RIVERA,

      Appellant,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1698

Opinion filed May 17, 2017.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Angel Rivera, pro se, Appellant.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General
Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. Chapman v. State, 910 So. 2d 940 (Fla. 5th DCA 2005).

WOLF, RAY, and BILBREY, JJ., CONCUR.